

**RETURN RECEIPT REQUESTED**

October 4, 2004

Ms. Marissa L. Carter
5608 Kolb Street
Fairmount Heights, Maryland 20743

Dear Ms. Carter:

This is to inform you that the Office of Civil Rights (CIVR) has recently completed its investigation of your complaint of discrimination, Complaint Number 394-04. You alleged that Carl Lansdowne discriminated against you when he touched you inappropriately while you were on duty at the Fort Totten Metrorail Station. You also alleged that when you confronted Mr. Lansdowne about his actions, he apologized, then grabbed his private part and began laughing at you giving the appearance that he did not take you seriously.

Specifically, you alleged that Mr. Lansdowne entered the kiosk at the Fort Totten Metrorail station and requested to use the phone. You stated that you left the kiosk to assist a patron and Mr. Lansdowne approached you from behind and put his hands inside your pants and pulled your pants. You further alleged that he apologized for his behavior when you approached him, but, grabbed his private area and began to laugh. You also stated that Mr. Kitt (custodian) was in the kiosk at the time but did not witness either incident.

Our investigation found that there is insufficient evidence to support a finding of sexual harassment. However, there is sufficient evidence to show that Mr. Lansdowne's behavior was inappropriate and unprofessional. Mr. Lansdowne admitted that he did pull the loop on your pants to get your attention but denies that there was any sexual intent. Also, Mr. Lansdowne states that after he realized his actions, he immediately apologized to you.

Further, Mr. Lansdowne denies that he grabbed his private area and laughed at you when you were discussing this issue with him.

Please be advised that it is the policy of WMATA to provide a work environment free from unlawful discrimination in any form and that CIVR will advise the senior management staff of the findings and that appropriate action will be taken.

Washington
Metropolitan Area
Transit Authority

600 Fifth Street, NW
Washington, D.C. 20001
202/962-1234

By Metrorail:
Judiciary Square-Red Line
Gallery Place-Chinatown
Red, Green and
Yellow Lines

A District of Columbia,
Maryland and Virginia
Transit Partnership



PLAINTIFF
EXHIBIT A
CASE #

Page 2

This decision is final within WMATA. If you disagree with our findings, you have a right to file a complaint of discrimination with the Equal Employment Opportunity Commission (EEOC), Washington Field Office, 1801 L. Street, NW, Suite 200, Washington, DC 20005

We thank you for bringing this matter to our attention.

Sincerely,

Cynthia L. Myers
Director
Office of Civil Rights