# CHARGE QUESTIONNAIRE

EEOC Use Only    Name (Intake Officer)

This form is affected by the Privacy Act of 1974; see Privacy Act Statement on back before completing this form.

Please answer the following questions, telling us briefly why you believe you have been discriminated against in employment. An officer of the EEOC will talk with you after you complete this form.

Date of Birth: 03-19-1958    Social Security Number: 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

NAME (Please Print): Marissa L. Carter
(First) (Middle Name or Initial) (Last)

DATE: 10-25-04

TELEPHONE NO. (Include area code): Cell (301) 254-9188   Home (301) 559-1278

ADDRESS: 809 Sheridan St.
CITY: Hyattsville   STATE: MD   ZIP: 20783   COUNTY: P.G.

Please provide the name of an individual at a different address in your local area who would know how to reach you.

NAME: Myra Chandler   RELATIONSHIP: Daughter   PHONE: (202) 528-0460
ADDRESS: 716 Irving St NW #4   CITY: WDC   STATE: ___   ZIP: 20017

I believe I was discriminated against by: (Check those that apply)
☒ EMPLOYER   ☐ UNION (Give Local No.)   ☐ EMPLOYMENT AGENCY   ☒ OTHER (Specify): Co-worker

APPROX NO. EMPLOYED BY THIS EMPLOYER: 20,000

NAME: WMATA (Metro)
ADDRESS: 600 5th NW
CITY, STATE, ZIP: WDC 20001

If you checked "Employer" above, are you now employed by the Employer that you believed discriminated against you?

IS: From 4/01/04   NO: I applied for ___ (position) on ___ (Date)   OR: I was employed as ___ (position) until ___ (date)   I was ___ (laid off, fired, etc.)

(current position): Station Manager

What action was taken against you that you believe to be discriminatory? What harm, if any, was caused to you or others in your work situation as a result of that action? (If more space is required, use reverse.)

I was assisting a customer at the fare gate at Ft. Totter Metro St. when I felt fingers going down inside the crack of my pants and pulling me. I turned around saw who it was, it was a train operator Mr. Landsdown + had never seen him in my life until that day. I started screaming + him what are you doing do you know me, why would you do that to me + stated I could get you in a lot of trouble for doing that to me. I was in shock + all angry. Then I said you are lucky I don't run and tell he thought it was funny then he apologized while he was talking his private, smoking and tell me of a sexual assault case with

WHAT WAS THE MOST RECENT DATE THE HARM YOU ALLEGED TOOK PLACE? 7-6-04

to men a metro laughing I told him I don't find it funny the he left I called a Supv. they sent Metro Police I was upset about what he did and haven't been back to wo[rk]

n 283 (10/94)

PLAINTIFF EXHIBIT B   CASE # ___

WASHINGTON FIELD OFFICE 2004 OCT 25

Do you believe this action was taken against you because of: (check the one(s) that apply: Race( )  Sex(X)  Color( )  Religion( )  National Origin( )  Age( )  Disability( )  Other (explain)

For each one you checked above, please specify the particular race, sex, etc. that pertains to you. If you checked any block(s) above, explain why. If you did not check any block, explain the reason(s) why you believe the action was taken against you. Because it's obvious he had been getting away with this with other females on the job. He obvious was to comfortable doing this to a perfect stranger.

Normally, your identity as a complainant will be disclosed to the organization which allegedly discriminated against you. Do you [X] consent or [ ] not consent to such disclosures?

Have you sought assistance about the action you think was discriminatory from any agency, from your union, an attorney, or from any other source?  [ ] No  [X] Yes  (If answer is yes, complete below.)

NAME OF SOURCE ASSISTANCE: WMATA Civil Rights office + Lawyer + Supervisor   DATE 4-6-04
RESULTS IF ANY: Investigation   Civil AA 4-04

Have you filed a complaint about the action you think was discriminatory with any other Federal, State, or Local Government Anti-discrimination agency?  [X] No  [ ] Yes  (If answer is yes, complete below.)

NAME OF SOURCE ASSISTANCE: _____   DATE _____
RESULTS IF ANY:

Have you filed an EEOC Charge in the past?  [X] No  [ ] Yes  (if answer is yes, complete below)
APPROX. DATE FILED     ORGANIZATION CHARGED     CHARGE NUMBER (IF KNOWN)

I declare under penalty of perjury that the foregoing is true and correct.
SIGNATURE: Marissa L. Carter     DATE: 10-25-04

PRIVACY ACT STATEMENT: This form is covered by the Privacy Act of 1974: Public Law 93-579. Authority for requesting personal data and the uses thereof are:
1. FORM NUMBER/TITLE/DATE. EEOC Form 283, Charge Questionnaire (12/93).
2. AUTHORITY. 42 U.S.C. § 2000e-5(b), 29 U.S.C. § 211, 29 U.S.C. § 626. 42 U.S.C. 12117(a)
3. PRINCIPAL PURPOSE. The purpose of this questionnaire is to solicit information in an acceptable form consistent with statutory requirements to enable the Commission to act on matters within its jurisdiction. When this form constitutes the only timely written statement of allegations of employment discrimination, the Commission will, consistent with 29 CFR 1601.12(b) and 29 CFR 1626.8(b), consider it to be a sufficient charge of discrimination under the relevant statute(s).
4. ROUTINE USES. Information provided on this form will be used by Commission employees to determine the existence of facts relevant to a decision as to whether the Commission has jurisdiction over allegations of employment discrimination and to provide such charge filing counseling as is appropriate. Information provided on this form may be disclosed to other State, local and federal agencies as may be appropriate or necessary to carrying out the Commission's functions. Information may also be disclosed to charging parties in consideration of or in connection with litigation.
5. WHETHER DISCLOSURE IS MANDATORY OR VOLUNTARY AND EFFECT ON INDIVIDUAL FOR NOT PROVIDING INFORMATION. The providing of this information is voluntary but the failure to do so may hamper the Commission's investigation of a charge of discrimination. It is not mandatory that this form be used to provide the requested information.

Reverse Side of Form 283 (10/94)

Religion( )   National Origin( )   Age( )   Disability( )   Other (explain) _____

For each one you checked above, please specify the particular race, sex, etc. that pertains to you. If you checked any block(s) above, explain why. If you did not check any block, explain the reason(s) why you believe the action was taken against you. Because it's obvious- he'd been getting away with this with other females on the job. He obvious was to comfortable doing this to a perfect stranger.

Normally, your identity as a complainant will be disclosed to the organization which allegedly discriminated against you. Do you [✓] consent or [ ] not consent to such disclosures?

Have you sought assistance about the action you think was discriminatory from any agency, from your union, an attorney, or from any other source? [ ] No  [✓] Yes  (If answer is yes, complete below.)

NAME OF SOURCE ASSISTANCE: WMAta Civil Rights office + Supervisor + Lawyer    DATE 4-6-04
RESULTS IF ANY: Investigation                                                  Civil A. 4-04

Have you filed a complaint about the action you think was discriminatory with any other Federal, State, or Local Government Anti-discrimination agency? [✓] No  [ ] Yes  (If answer is yes, complete below.)

NAME OF SOURCE ASSISTANCE: _____    DATE _____
RESULTS IF ANY: _____

Have you filed an EEOC Charge in the past? [✓] No  [ ] Yes  (if answer is yes, complete below)

APPROX. DATE FILED _____    ORGANIZATION CHARGED _____    CHARGE NUMBER (IF KNOWN) _____

I declare under penalty of perjury that the foregoing is true and correct.

SIGNATURE  Marissa L. Carter    DATE 10-25-04

PRIVACY ACT STATEMENT: This form is covered by the Privacy Act of 1974: Public Law 93-579. Authority for requesting personal data and the uses thereof are:
1. FORM NUMBER/TITLE/DATE. EEOC Form 283, Charge Questionnaire (12/93).
2. AUTHORITY. 42 U.S.C. § 2000e-5(b), 29 U.S.C. § 211, 29 U.S.C. § 626, 42 U.S.C. 12117(a)
3. PRINCIPAL PURPOSE. The purpose of this questionnaire is to solicit information in an acceptable form consistent with statutory requirements to enable the Commission to act on matters within its jurisdiction. When this form constitutes the only timely written statement of allegations of employment discrimination, the Commission will, consistent with 29 CFR 1601.12(b) and 29 CFR 1626.8(b), consider it to be a sufficient charge of discrimination under the relevant statute(s).
4. ROUTINE USES. Information provided on this form will be used by Commission employees to determine the existence of facts relevant to a decision as to whether the Commission has jurisdiction over allegations of employment discrimination and to provide such charge filing counseling as is appropriate. Information provided on this form may be disclosed to other State, local and federal agencies as may be appropriate or necessary to carrying out the Commission's functions. Information may also be disclosed to charging parties in consideration of or in connection with litigation.
5. WHETHER DISCLOSURE IS MANDATORY OR VOLUNTARY AND EFFECT ON INDIVIDUAL FOR NOT PROVIDING INFORMATION. The providing of this information is voluntary but the failure to do so may hamper the Commission's investigation of a charge of discrimination. It is not mandatory that this form be used to provide the requested information.

Reverse Side of Form 283 (10/94)



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
Washington Field Office

1801 L Street, N.W., Suite 100
Washington, D.C. 20507
(202) 419-0700
TTY (202) 419-0702

## EEOC INTAKE APPOINTMENT

Name: Marissa Carter

You are scheduled to have an intake interview with an investigator concerning the filing of a charge of employment discrimination as follows:

Day: Thursday    Date: Jan. 20, 2005    Time: 10:30

Bring with you the completed evidentiary questionnaire(s) that we gave you; notes, documents, or letters that pertain to your claim; and names, addresses, and telephone numbers of witnesses who have information about the job discrimination you believe has occurred.

Report on Time. The interview normally may take at least one and a-half (1 1/2) hours. If you arrive more than 15 minutes after the scheduled appointment without notifying us, your appointment time will probably have to be rescheduled.

**If you cannot keep your appointment, please call as soon as possible to cancel and reschedule.** Please dial (202) 419-0700 and speak with the Receptionist. Because we are so busy, the rescheduled appointment may be several weeks after your original appointment. Rescheduling does not toll the 300 (or in some cases 180) days in which you have to sign-off on a charge of discrimination. Thus, it is to your advantage to keep the original appointment whenever possible. **Appointments will be rescheduled only once**. If you do not show after being rescheduled, you will be required to draft and submit your own charge and affidavit.

Your signature below indicates your receipt of this document. Please sign both forms.

Signature: Marissa L. Carter    Date: 10-25-04

(Present this form to the Receptionist when you arrive at our office for your interview)