UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Marissa L. Carter )
809 Sheridan Street )
Hyattsville, Maryland 20783 )
                                            )
                                            )
         Plaintiff, )
                                            )
v. )   Civil Action No. 05-1970
                                            )
Washington Metropolitan Transit Authority )
600 Fifth Street, NW )
Washington, DC 20001 )
         Defendant. )

## AFFIDAVIT

I, Marissa L. Carter, being over the age of 18, do hereby swear as follows:

1. I have been employed by the Washington Metropolitan Transit Authority since 1989 ("WMATA").

2. On July 6, 2004 I was working as a station manager in the kiosk located at the Fort Totten Metro station.

3. After being sexually assaulted while at work I immediately filed a written complaint to WMATA.

4. On October 4, 2005 I received a letter from WMATA denying my claim for sexual harassment. The letter directed me to file a charge with the United States Equal Employment Opportunity Commission ("EEOC").

5. On October 25, 2004, I visited the Washington Field Office of the EEOC and asked to file a charge of discrimination. I was provided an Intake Appointment cover sheet and a Charge Questionnaire about the incident that I


PLAINTIFF
EXHIBIT C
CASE #

filled out in the presence of an intake counselor at the Washington Field Office.

6. After filling out the Charge Questionnaire and speaking at length with the counselor, I was directed by EEOC staff that I needed to make an appointment to follow up with their office. The next appointment date was January 20, 2005. I scheduled that date immediately and attended the meeting.

7. At all times when I visited the Washington Field Office of the EEOC on October 25, 2004 I was following all the requirements by the office staff in making a charge of workplace discrimination.

SO SAYETH I

*Marissa L. Carter*

Subscribed and sworn before me this \_\_19\_\_ day of January, 2006.

*Notary Public*

My Commission expires:

10-31-08

TRACI L. ROWAND
NOTARY PUBLIC
COMMONWEALTH OF VIRGINIA
MY COMMISSION EXPIRES OCTOBER 31, 2008

2