UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Marissa L. Carter<br>809 Sheridan Street<br>Hyattsville, Maryland  20783<br><br>           Plaintiff,<br><br>v.<br><br>Washington Metropolitan Transit Authority<br>600 Fifth Street, NW<br>Washington, DC 20001<br>           Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>  Civil Action No. 05-1970<br>  Judge Leon |

MOTION TO AMEND COMPLAINT

Comes now, Plaintiff, Marissa Carter, by counsel, Ronald Dixon and Kenneth D. Bynum of Bynum and Jenkins, PLLC, and respectfully file a Motion to Amend the Complaint.

1. Plaintiff was sexually assaulted in a kiosk by a WMATA employee on July 6, 2004 while both were on duty with WMATA.

2. Plaintiff filed a complaint in this court on October 5, 2005.

3. The currently lodged complaint did not state that the Plaintiff had gone to the Washington Field Office of the United States Equal Employment Opportunity Commission office on October 25, 2004 and filed her charge of discrimination.

4. The amended complaint correctly states the facts in the case and makes clear the administrative filing was done in a timely fashion.

5.  Allowing the Plaintiff to amend the complaint would not offend traditional notions of justice nor would it cause any undue delay in the case.

WHEREFORE, for the reasons stated above, the Plaintiff's motion to amend the complaint should be granted.

> Respectfully submitted,
> Marissa Carter

_____
Ronald Dixon
Kenneth D. Bynum
Bynum and Jenkins, PLLC
901 North Pitt Street, Suite 320
Alexandria, VA 22314
(703) 549-7211