EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 100-2005-00136 |

D.C. Office Of Human Rights _____ and EEOC
*State or local Agency, if any*

| Name (Indicate Mr., Ms., Mrs.) | Home Phone No. (Incl Area Code) | Date of Birth |
|---|---|---|
| Marissa Carter | (301) 559-1278 | 03-19-1958 |

Street Address: 809 Sheridan Street Hyattsville, MD 20783

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| WMATA | 500 or More | (202) 962-1234 |

Street Address: 600 5th St NW, Wash, DC 20001

**DISCRIMINATION BASED ON** (Check appropriate box(es).)

☐ RACE  ☐ COLOR  ☒ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☐ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ OTHER (Specify below.)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 07-06-2004   Latest: 07-06-2004
☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I. I began my employment with the above-named Respondent on April 9, 1989 as a Bus Operator. In 2000 started working as a Station Manager.

On July 6, 2004, I was sexually harassed by Bus Operator, Carl Lansdowne. Specifically, Mr. Lansdowne stuck his fingers down the back of my pants and pulled my waistband. I immediately told Mr. Lansdowne that I did not appreciate him touching me and that his behavior towards me was inappropriate. After an exchange of words with Mr. Lansdowne, I contacted the supervisor at central control and then I contacted Superintendent, Johnnie Johnson. Shortly thereafter, Mr. Johnson released me to go home. Subsequently, a formal complaint was filed with the Respondent's Civil Rights department. Instead of taking action against Mr. Lansdowne, the Respondent stated there was insufficient evidence to support that I was sexually harassed.

II. RESPONDENT'S REASON FOR ADVERSE ACTIONS: No specific reason has been given.

III. I believe that the Respondent has violated my rights under Title VII of the Civil Rights Act of 1964, as amended.

[Notary stamp, upside down: 1400 L ST NW, WASHINGTON D.C. 20005 · 2005 JAN 19 A 11: 27]

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Date: Jan 19, 2005
Charging Party Signature: /s/ Marissa L. Carter

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)

EXHIBIT A