UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

SEP 5 - 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Marissa L. Carter )
)
     **Plaintiff,** )
)
v. ) Case No. 05cv1970 (RJL)
)
Washington Metropolitan Transit Authority )
)
     **Defendant.** )

### FINAL JUDGMENT

For the reasons set forth in the Memorandum Opinion entered this date, it is, this 3rd, day of September 2006, hereby

**ORDERED** that [#3] Defendant's Motion to Dismiss is GRANTED; and it is further

**ORDERED** that judgment is entered in favor of the defendant, and the case is DISMISSED with prejudice.

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge