UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Marissa L. Carter )<br>)<br>)<br>   Plaintiff, )<br>)<br>v.   )<br>)<br>Washington Metropolitan Transit Authority )<br>   Defendant. )<br>_____) | Civil Action No. 1:05-CV-01970-rjl |

NOTICE OF APPEAL

Notice is hereby given that the Plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the District of Columbia Circuit the District Court's September 6, 2006 Order granting the Motion to Dismiss of the Defendant.

October 5, 2006

Respectfully submitted,

BYNUM AND JENKINS PLLC

Kenneth D. Bynum
DC Bar No. 424515

Ronald Dixon
DC Bar No. 954628

Suite 320
901 N. Pitt Street
Alexandria, Va. 22314
703 549-7211
703 549-7701 Fax
Kbynum@bynumandJenkinslaw.com
Attorneys for Plaintiff
Marissa L. Carter

RECEIVED
OCT 0 5 2006
NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

