UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARISSA CARTER | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:05-cv-01970-RJL |
| | ) |
| WASHINGTON METROPOLITAN | ) |
| AREA TRANSIT AUTHORITY | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT WMATA'S ANSWER TO COMPLAINT**

Defendant Washington Metropolitan Area Transit Authority ("WMATA") hereby states its Answer to Plaintiff's Complaint.

**Response to Paragraphs in Complaint**

1. With respect to Paragraph 1, WMATA admits only that this Court has jurisdiction over the Title VII claim only, and denies all other allegations.

2. Admitted.

3. Admitted.

4. Denied. By way of further answer WMATA admits only that its headquarters building is in Washington, D.C. and that it employees more than 500 people.

5. Denied for lack of information and belief.

6. Denied. By way of further answer, WMATA admits only that Plaintiff was a WMATA station manager at the time of the alleged incident.

7. Admitted.

8. Denied for lack of information and belief.

9. Denied for lack of information and belief.

10. Denied for lack of information and belief.

11. Denied.

12. Denied.

13. Denied.

14. Denied for lack of information and belief.

15. Denied.

16. Denied.

17. Denied.

18. WMATA admits the allegations of the first sentence of Paragraph 18. With respect to the second sentence, WMATA admits only that the circumstances of an incident dictate the effect on a person.

19. Denied.

20. WMATA incorporates by reference Answer Nos. 1-19, infra.

21. Denied.

22. Denied.

23-30. These Paragraphs are no longer in the case based on the prior ruling, which was not appealed. To the extent any answer is deemed necessary, the allegations are denied.

Any other allegations not specifically admitted are denied.

### First Affirmative Defense

Plaintiff's Complaint fails to state a claim upon which relief can be granted.

### Second Affirmative Defense

WMATA reserves the right to argue that this action is barred by the statute of limitations, including, but not limited to, a failure to file suit within 90 days of receipt of the right sue letter from the Equal Employment Opportunity Commission ("EEOC").

### Third Affirmative Defense

WMATA reserves the right to argue that Plaintiff has failed to initiate or exhaust timely her administrative remedies under the applicable statutes, including a failure to file a charge of discrimination with the EEOC within 180 days from the date of the alleged occurrences.

### Fourth Affirmative Defense

WMATA reserves the right to argue that Plaintiff's Complaint is barred by the equitable doctrine of laches.

### Fifth Affirmative Defense

Plaintiff's claims against WMATA are barred, at least in part, by principles of sovereign/governmental/Eleventh Amendment immunity and/or by § 80 of the WMATA Compact.

### Sixth Affirmative Defense

Punitive damages are not recoverable against WMATA, a government entity, as a matter of law.

**Seventh Affirmative Defense**

WMATA has an effective internal policy to handle complaints of sexual harassment, which is known to its employees, and includes effective internal channels for investigating harassment complaints. WMATA promptly and effectively investigated and acted upon Plaintiff's initial allegations in this matter. Moreover, there is otherwise no basis for <u>respondent superior</u> liability for the acts alleged by Plaintiff.

WHEREFORE, for the foregoing reasons, WMATA respectfully requests that this case be dismissed and that WMATA be awarded costs.

Respectfully submitted,

**WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY**

Carol B. O'Keeffe #445277
General Counsel


  /s/
Mark F. Sullivan #430876
Deputy General Counsel


  /s/
Gerard J. Stief #925933
Associate General Counsel
600 Fifth Street, NW
Washington, DC 20001
(202) 962-1463
Attorneys for Defendant WMATA

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing **Defendant WMATA's Answer to Plaintiff's Complaint** was electronically transmitted this 7th day of December 2007 to:

Kenneth D. Bynum, Esq.
Ronald Dixon, Esq.
Bynum and Jenkins
901 North Pitt Street, Suite 320
Alexandria, VA 22314

                                                 /s/
                                      Gerard J. Stief