**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

MARISSA CARTER                        )
                                      )
            Plaintiff,                )
                                      )
      v.                              )    Case No. 1:05-cv-01970-RJL
                                      )
WASHINGTON METROPOLITAN               )
 AREA TRANSIT AUTHORITY               )
                                      )
            Defendant.                )

**JOINT REPORT PURSUANT TO LOCAL CIVIL RULE 16.3**

Plaintiff and Defendant Washington Metropolitan Area Transit Authority

("WMATA") hereby submit their Joint Rule 16.3 Report.  The parties conferred by

telephone on February 14, 2008.

**Statements of the Case**

Plaintiff filed this Title VIII action alleging sexual harassment as a result of a July

6, 2004 incident while she was working as a station manager at the Ft. Totten

Metrorail Station.  See 42 USC § 2000e.  WMATA denies all allegations of

wrongdoing.

1. Dispositive Motions.  WMATA anticipates the filing of a dispositive motion

after discovery.

2. Joinder of Parties/Amended Pleadings.  The parties do not anticipate the

need to join any additional parties or amend the pleadings.

3. Magistrate Judge.  The parties do not consent to having the case assigned

to a Magistrate Judge.

4.  Settlement.  Plaintiff would request early mediation.  WMATA does not believe that there is a realistic possibility of settlement at this time.

5.  ADR.  Plaintiff believes early mediation would be beneficial .  WMATA does not believe that mediation would be beneficial at this time.

6.  Dispositive Motions.  See No. 1.  WMATA suggests a dispositive motions deadline of 45 days after the discovery deadline.

7.  Initial Disclosures.  The parties believe that initial disclosures should waived.

8.  Discovery.  The parties suggest that the court allow 8 months for completion of discovery.

9.  Experts.  The parties reserve the right, if necessary, to utilize experts and suggest that Plaintiff's designation be made within 60 days of the initial scheduling conference and Defendant's designation within 60 days thereafter.

10.  Class Actions.  Not applicable.

11.  Bifurcation.   The parties oppose bifurcation.

12.  Pretrial Conference.  The parties request that a pretrial conference date be set at the initial scheduling conference.

13.  Trial Date.  The parties request that a trial date be set at the initial scheduling conference.

14.  Other Matters.  None.

| _____/s/_____ | _____/s/_____ |
|---|---|
| Kenneth D. Bynum, #424515 | Gerard J. Stief #925933 |
| Ronald Dixon #954628 | Associate General Counsel |
| Bynum and Jenkins, PLLC | 600 Fifth Street, N.W. |
| 901 North Pitt Street, Suite 320 | Washington, D.C.  20001 |
| Alexandria, VA 22314 | (202) 962-1463 |
| (703) 549-7211 | Attorney for Defendant WMATA |
| Attorneys for Plaintiff | |

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing **Joint Report Pursuant to Local Civil**

**Rule 16.3** was electronically transmitted this 15th day of February 2008, to:

Kenneth D. Bynum, Esq.
Ronald Dixon, Esq.
Bynum and Jenkins
901 North Pitt Street, Suite 320
Alexandria, VA 22314


_____/s/_____
Gerard J. Stief

3

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARISSA CARTER | ) |
| | ) |
|         Plaintiff, | ) |
| | ) |
|     v. | )    Case No. 1:05-cv-01970-RJL |
| | ) |
| WASHINGTON METROPOLITAN | ) |
|  AREA TRANSIT AUTHORITY | ) |
| | ) |
|         Defendant. | ) |

### SCHEDULING ORDER

Upon consideration of the parties' Joint Rule 16.3 Report, it is by the Court this

____ day of _____, 2008 ORDERED that:

1. All discovery be completed by October 31, 2008.

2. Dispositive motions be filed by December 15, 2008.

3. The pretrial conference will be on _____ .

4. The trial will begin on _____.


                                    _____
                                      United States District Judge


Copies electronically to:

Kenneth D. Bynum
Ronald Dixon
Gerard J. Stief